IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ALBERT JUNIOR CRAFT, #56526**            **PLANTIFF**

**VERSUS**            **CIVIL ACTION NO.  1:07cv1280-LG-RHW**

**CITY OF GULFPORT, et al.**            **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed without prejudice, pursuant to FED.R.CIV.P. 41(b).

**SO ORDERED AND ADJUDGED** this the 6th day of May 2008.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge